USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 6 APR 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10 Civ. 0177

KATHARINE ALLISON
    Plaintiff,

-against-

WILLIAM B. ALLISON, ET. AL.
    Defendants.

PRO SE OFFICE

NOTICE OF MOTION
For Reconsideration of Dismissal
and Reinstatement of Complaint

PLEASE TAKE NOTICE that upon the annexed affirmation of Katharine Allison, affirmed on April 21, 2010, and upon the exhibits attached thereto, and the pleadings herein, plaintiff will move this Court before Judge Preska, United States District Judge, for an order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure granting Plaintiff's request for this Court to reconsider its decision of January 11, 2010, which dismissed Plaintiff Complaint for various reasons and to reinstate Plaintiff's Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: NY, NY,
(city and state)

4/21/10
date

Signature _Katharine Allison_
Katharine Allison
address: P.O. Box 2342
    New York, NY 10108
phone: 646-350-6887