UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

____Katharine Allison_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/21/10
```

10 Civ. 0177 ( )( )

- against -

____William Ballison, et al_____

NOTICE OF APPEAL
IN A CIVIL CASE

_____

_____

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

Notice is hereby given that ____Katharine Allison_____
*(party)*

hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment

____Motion for Reconsideration and Reinstatement of Complaint____
*(describe the judgment)*

____(complaint denied 5/11/10) Document #8____
____Order of Dismissal entered on Jan. 11, 2010 Doc #3____

entered in this action on the ___6___ day of ___May___, 20 _10_ .
   (date)        (month)      (year)

____Katharine Allison____
Signature

____P.O. Box 2342____
Address

____NY NY 10108____
City, State & Zip Code

DATED: ___May 21, 2010___      ____(646) 350-6887____
                                Telephone Number

**NOTE:** To take an appeal, this form must be received by the *Pro Se* Office of the Southern District of New York within thirty (30) days of the date on which the judgment was entered, or sixty (60) days if the United States or an officer or agency of the United States is a party.

*Rev. 05/2007*